UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Ghislain Alyre Lucien Joseph Breton

v.                                              Case No. 13-cv-136-SM

U.S. Internal Revenue Service,
Commissioner, et al.


O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated April 10, 2013 (document no. 5), for the reasons set forth therein.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Plaintiff's motion for a preliminary injunction (document no. 3) is hereby denied, and his complaint (document no. 1) is hereby dismissed.

```
    SO ORDERED.
```
                                        _____
                                        Steven J. McAuliffe
                                        United States District Judge

Date: April 25, 2013

cc:  Ghislain Alyre Lucien Joseph Breton, pro se